UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEKUNLE A. ONATOLU,

                    Plaintiff,

        -against-

CHRIS O'SULLIVAN, DETECTIVE,

                    Defendant.

19-CV-7636 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On July 9, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015). Plaintiff files this new *pro se* case and seeks IFP status. He attaches to his complaint a copy of the July 9, 2015 order with the procedures for filing a complaint highlighted, a notice of appeal, a motion for extension of time to file notice of appeal, and a motion for leave to proceed IFP on appeal, but he has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the July 9, 2015 order. All other matters are terminated.

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    August 15, 2019
           New York, New York

COLLEEN McMAHON
Chief United States District Judge